**Order filed October 6, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00282-CV

_____

## RONALD KEITH MOORE, Appellant

## V.

## ZUZANNA E. MOORE, Appellee

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. FM-43,005**

### O R D E R

Ronald Keith Moore, Appellant, filed a notice of appeal from a June 28, 2016 order in which the trial court denied Appellant's petition for clarification of a 2005 divorce decree. Zuzanna E. Moore, Appellee, has now filed in this court a motion for involuntary dismissal of the appeal. Appellee suggests that the June 28 order is not final and appealable because she filed a motion to enforce that is still pending in the trial court and is set for a hearing on October 21, 2016.

We abate this appeal for forty-five days to permit the trial court to conduct a hearing and enter an order on Appellee's motion to enforce the divorce decree. *See* TEX. R. APP. P. 27.2. The parties are ordered to keep this court updated with respect to the proceedings in the trial court and to immediately notify this court of any trial court order that may affect this appeal.

The appeal is abated.

PER CURIAM

October 6, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.